# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF KERN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>PURDUE PHARMA L.P., et al.,<br><br>        Defendants. | Civil Case No.: 1:19-cv-00557-LJO-LJT<br><br>**ORDER GRANTING IN PART STIPULATION TO EXTEND TIME FOR THE DEFENDANTS TO FILE RESPONSIVE PLEADINGS AND CONTINUING THE MANDATORY SCHEDULING CONFERENCE**<br>(Doc. 5) |

Some of the parties filed a stipulation (Doc. 5) seeking to allow the defendants to not file a responsive pleading until "30 days after the later of (1) this Court's ruling on any motion to remand, if one is filed, or (2) the entry of a decision by the JPML granting a motion to vacate a conditional transfer order covering this action (or otherwise finally denying transfer of this action to the MDL), whichever is later." Id. at 3. The Court has accessed the docket of the JPML and has learned the notice of tag along was filed on May 1, 2019.[1] Also, the JPML has granted conditional transfers in actions similar to the one here. Thus, the Court **ORDERS**:

1. The stipulation seeking to allow the defendants to defer filing a responsive pleading is **GRANTED in PART**. The Court will grant the request to the extent that it will defer the filing of the responsive pleadings until August 9, 2019. At least seven days in advance of this or within seven days

---

[1] The court may take notice of facts that are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b); United States v. Bernal-Obeso, 989 F.2d 331, 333 (9th Cir. 1993).

of the JPML refusing to grant a conditional transfer of this action to the MDL whichever is sooner, the parties SHALL file a joint report detailing the status of the matter with the JPML, whether the defendants should be required to respond to the pleading and any other pertinent details.

IT IS SO ORDERED.

    Dated: __**June 6, 2019**__                        __**/s/ Jennifer L. Thurston**__
                                                                                      UNITED STATES MAGISTRATE JUDGE